RONALD D. KENT (CA Bar No. 100717)
ronald.kent@dentons.com
MICHAEL J. DUVALL (CA Bar No. 276994)
michael.duvall@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
GENWORTH LIFE INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENWORTH LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>vs.<br>STEVEN HERMAN, an individual,<br><br>        Defendant. | Case No. 2:17-cv-08832-R-MRW<br><br>**ORDER DISMISSING THE CASE** |

The Court, having considered the Joint Stipulation for an Order Dismissing the Case, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. This action, and all claims asserted herein, are dismissed without prejudice;

2. The parties shall bear his/her/its respective attorney fees and costs; and

3. This Court shall retain jurisdiction over the parties and the subject matter of the action as necessary to enforce the terms of the parties' settlement agreement, including payment and judgment.

IT IS SO ORDERED.

Date: September 11, 2018

_____
Hon. Manuel Real
United States District Court Judge